**Order entered August 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00799-CV

### STRATA BV SWD, LLC; BVCITI, LP; BVCITI GP, LLC; BV PARTNERS, LP; BV PARTNERS GP, LLC; THOMAS A LEISER; PRYOR BLACKWELL; AND CHARLES A. ANDERSON, Appellants

### V.

### MARATHON OIL COMPANY, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14153**

## ORDER

Before the Court is appellants' August 20, 2019 unopposed motion to extend briefing deadline by seven days. Appellants explain the "parties are currently working to schedule a mediation." We **GRANT** the motion and **ORDER** either the brief or a status report concerning the mediation be filed no later than August 27, 2019.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE